## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States v. Paulina Goncharova

Case Number: 19 CR 745 - 2

An appearance is hereby filed by the undersigned as attorney for:

Paulina Goncharova

Attorney name (type or print): Michael I. Leonard

Firm: LeonardMeyer LLP

Street address: 120 N. LaSalle St. 20th Floor

City/State/Zip: Chicago IL  60602

Bar ID Number: 6207335
(See item 3 in instructions)

Telephone Number: 312-380-6559

Email Address: mleonard@leonardmeyerllp.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☑ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 4, 2019

Attorney signature: S/ Michel I. Leonard
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015