AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

PAULINA GONCHAROVA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:19-cr-00745 -2

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Signature of Judge_

Franklin U. Valderrama, U.S. District Judge
Name and Title of Judge

1/19/2023
Date